37860. ALPHA TRANSPORTATION SERVICE, INC. v. CARTWRIGHT.

GREGORY, Justice.

This is a certiorari. The facts are set out in *Cartwright v. Alpha Transp. Service,* 159 Ga. App. 296 (283 SE2d 282) (1981). The Court of Appeals held that the provisions of Code Ann. § 81A-104 (d) relating to personal service of process are unavailable in a garnishment case. We reverse.

"The methods of service provided in this section [81A-104] may be used as alternative methods of service in proceedings in the court of ordinary *and in any other special statutory proceedings ...*" Code Ann. § 81A-104 (j). (Emphasis supplied.) Code Ann. § 46-103, relating

to the method for service of process on a garnishee, does not expressly state that the personal service provisions of Code Ann. § 81A-104 (d) are unavailable. Code Ann. § 81A-104 (j) provides that "service shall be sufficient when made in accordance with the statutes relating particularly to the proceeding *or* in accordance with this section [81A-104]." (Emphasis supplied.) See also Code Ann. § 81A-104 (i). These code sections are not in conflict and Code Ann. § 81A-181, which provides for exceptions to the applicability of the Civil Practice Act, is inoperable. See *Dept. of Transp. v. Ridley,* 244 Ga. 49 (257 SE2d 511) (1979); *Navaho Corp. v. Stuckey,* 141 Ga. App. 271 (233 SE2d 217) (1977).

*Judgment reversed. All the Justices concur.*

DECIDED JANUARY 6, 1982.

*Richard A. Katz,* for appellant.
*Glenn Howell,* for appellee.